IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                        No. 3:21-cr-32-DPM

TERRY WOFFORD                                                DEFENDANT

ORDER

Wofford seeks a sentence reduction, which the United States opposes. Pursuant to Amendment 821, which applies retroactively, his advisory range is 37 to 46 months. The Court sentenced him to 50 months for being a felon in possession of several firearms and ammunition. His original range was 46 to 57 months. Wofford borrowed a friend's vehicle to go to the grocery store; the friend was a law enforcement officer; and the officer's many service weapons were in the trunk, plus some ammo was in the console. The United States emphasizes Wofford's criminal history, which includes some serious violence. He points to his good behavior while in prison and the revised advisory range. All material things considered, 18 U.S.C. §§ 3553(a) & 3582(c)(2), the Court reduces the incarceration component of Wofford's sentence to 44 months. All other aspects of the sentence, including the 3 years of supervised release, remain intact.

*  *  *

Wofford's motion, *Doc. 33*, is granted.

-2-

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 April 2024